# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**James White**

    Plaintiff

vs.                          **CASE NUMBER: 8:20-cv-954 (DJS)**

**Kilolo Kijakazi**

    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that Plaintiff's Motion for Judgment on the Pleadings is GRANTED; and it is further ORDERED, that Defendants Motion for Judgment on the Pleadings is DENIED; and it is further ORDERED, that Defendants decision denying Plaintiff disability benefits is REVERSED and the matter is REMANDED pursuant to sentence four of section 405(g) for further proceedings.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 8th day of March, 2022.

DATED: March 8, 2022

*[Signature]*
Clerk of Court

                                       s/Kathy Rogers
                                       Deputy Clerk